IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LARSON, and MICHAEL KEEFNER,<br><br>Defendants. | CV 20-69-BLG-SPW-TJC<br><br>**ORDER** |

The parties have filed a joint stipulated motion for extension of time for Defendants to respond to Plaintiff's Complaint to engage in mediation. (Docs. 1, 6.) Good cause appearing,

IT IS HEREBY ORDERED that Defendants shall file a response by September 22, 2020.

**IT IS ORDERED**.

DATED this 4th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge