# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM, BUREAU MUTUAL INSURANCE COMPANY, | CV 20-69-BLG-SPW-TJC |
| Plaintiff, | ORDER |
| vs. | |
| CHRISTOPHER LARSON, and MICHAEL KEEFNER, | |
| Defendants. | |

Upon the Plaintiff's Notice of Dismissal (Doc. 8), of claims against Defendant's Christopher Larson and Michael Keefner,

IT IS HEREBY ORDERED that the above-entitled cause is **dismissed with prejudice.**

DATED this 9th day of October, 2020.

_____
Susan P. Watters
U. S. DISTRICT JUDGE

1